**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OPEN ACCESS INSURANCE LLC,<br><br>*Defendant*. | Case No. 1:22-cv-00102<br>Honorable Gary Feinerman |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff George Moore ("Plaintiff") and Defendant Open Access Insurance LLC ("Defendant") have reached a settlement in the above-captioned matter. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, Defendant respectfully requests forty-five (45) days in order to complete settlement documents and notify this honorable Court of dismissal. Additionally, Defendant respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

Dated: June 20, 2022                    Respectfully submitted,

*/s/Eric J. Troutman*
Eric J. Troutman
Troutman Firm
530 Technology Drive., Suite 200
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
Email: troutman@troutmanfirm.com

Meghan Quinn (pro hac vice)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: meghan.quinn@squirepb.com

Peter A. Silverman
Rebecca Kaiser Fournier
Smith, Gambrell & Russell, LLP
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Telephone: (312) 264-1004
Email: psilverman@sgrlaw.com
Email: rfournier@sgrlaw.com

*Counsel for Defendant Open Access Insurance LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on June 20, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s Eric J. Troutman*
Eric J. Troutman
