**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 22-cv-102 |
| Plaintiff, | : | |
| v. | : | |
| OPEN ACCESS INSURANCE LLC, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

NOW COME the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses all of his individual claims against the Defendant in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendant are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

DATED:  August 9, 2022       PLAINTIFF,
                             By his attorneys

                             */s/ Anthony I. Paronich*
                             Anthony I. Paronich
                             Paronich Law, P.C.
                             350 Lincoln Street, Suite 2400
                             Hingham, MA 02043
                             Telephone: (508) 221-1510
                             anthony@paronichlaw.com

DATED: August 9, 2022

                             */s/ Eric J. Troutman*
                             Eric J. Trouman (*pro hac vice*)
                             Brittany A. Andres (*pro hac vice*)
                             530 Technology Drive
                             Suite 200
                             Irvine, CA 92618
                             Telephone: (949) 350-3663
                             Facsimile:  (949) 203-8689
                             Email:troutman@troutmanfirm.com

                             Peter A. Silverman
                             Rebecca Kaiser Fournier
                             Smith, Gambrell & Russell, LLP
                             10 S. LaSalle Street, Suite 3600
                             Chicago, Illinois 60603
                             Telephone: (312) 264-1004
                             Email: psilverman@sgrlaw.com
                             Email: rfournier@sgrlaw.com

                             *Counsel for Defendant Open Access Insurance LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                             */s/ Anthony I. Paronich*
                             Anthony I. Paronich